FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 MAR 30  AM 3: 49

BY _____ DEPUTY

JFP:USAO #2016R00857

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. JFM-17-0182 |
| | : | (Hobbs Act Conspiracy, 18 U.S.C. |
| v. | : | § 1951(a); Hobbs Act Robbery, 18 |
| | : | U.S.C. § 1951(a); Use, Carry, |
| ANSAR ALI YOUNIS, | : | Brandish and Discharge of a |
| MOHAMMED MUTSHAR ALTASHY | : | Firearm During and in Relation to a |
| Defendants, | : | Crime of Violence, 18 U.S.C. |
| | : | § 924(c); Wire Fraud, 18 U.S.C. § |
| | : | 1343; Malicious Destruction of a |
| | | Vehicle by Fire, 18 U.S.C. § 844(i); |
| | | Aiding & Abetting, 18 U.S.C. § 2) |

...oOo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant:

1. Wal-Mart Stores, Inc. (Walmart") was a multi-national retailing corporation that operates a chain of hypermarkets, discount department stores and grocery stores, headquartered in Bentonville, Arkansas and incorporated on October 31, 1969.

2. ANSAR ALI YOUNIS was employed as an assistant manager at the Walmart Superstore located at 3549 Russett Green East, Laurel, District and State of Maryland.

3. From on or about November 1, 2012, until on or about November 14, 2012, in the District of Maryland,

**ANSAR ALI YOUNIS**
**MOHAMMED MUTSHAR ALTASHY,**

the Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the grand jury to knowingly and intentionally commit and threaten physical violence against any person in furtherance of a plan and purpose to any degree obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951.

### Ways, Manner and Means

4. It was the objective of the conspiracy that the Defendants and other members of the conspiracy would execute a scheme to carry out a staged armed robbery of the Walmart Superstore located at 3549 Russet Green East, Laurel, MD (the Walmart) at which the YOUNIS was employed as an assistant manager. The Defendants and other members of the conspiracy planned to stage an armed robbery of YOUNIS by ALTASHY while YOUNIS was working and during which YOUNIS would turn over to ALTASHY the U.S. Currency maintained at the Walmart. The scheme involved the possession, use, carrying, brandishing and discharge of a firearm by ALTASHY, to make the robbery appear authentic and to threaten and prevent any other person from interfering with the robbery scheme.

5. Among the manner and means used by the Defendants and other members of the conspiracy to achieve the objects of the conspiracy were the following:

a. It was a part of the conspiracy that the Defendants and other members of the conspiracy planned and organized the staged robbery of the Walmart and the taking property of the Walmart, that being U.S. Currency.

b. It was further a part of the conspiracy that a firearm the Defendants possessed, used, carried, brandished and discharged a firearm in relation to the staged robbery of the Walmart.

c. It was further a part of the conspiracy that the Defendants and other members of the conspiracy obtained a motor vehicle to be used to transport ALTASHY to and from the scene of the staged robbery.

d. It was further a part of the conspiracy that the Defendants and other members of the conspiracy would destroy the motor vehicle used in the staged robbery by setting it on fire in order to destroy any forensic evidence within the vehicle.

e. It was further a part of the conspiracy that the Defendants and other members of the conspiracy would use cellular phones to plan and communicate with each other during the staged robbery.

**Overt Acts**

6. In furtherance of the conspiracy, and to effect the illegal objects thereof, the Defendants and at least one other member of the conspiracy performed, participated in and did the following acts, among others, in the District of Maryland:

a. On or about November 1, 2012, ALTASHY purchased a vehicle, a burgundy 1999 Plymouth Voyager, for use in the staged robbery of the Walmart.

3

b. On or about November 1, 2012, ALTASHY and another member of the conspiracy parked the Plymouth Voyager at a location in the vicinity of the Walmart.

c. On or about November 1, 2012, ALTASHY obtained a firearm, as that term is defined at 18 U.S.C. § 921 (a)(3) for use in the staged robbery of the Walmart.

d. On or about the early morning of November 12, 2012, ALTASHY and another member of the conspiracy met each other at the previously parked Plymouth Voyager.

e. On or about the early morning of November 14, 2012, ALTASHY, armed with a firearm referred to above, drove the Plymouth Voyager to the Walmart and parked it in the parking lot of the Walmart.

f. On or about the early morning of November 14, 2012, another member of the conspiracy drove a vehicle to the parking lot of the Walmart and observed ALTASHY enter the Walmart.

g. On or about the early morning of November 14, 2012, ALTASHY and another member of the conspiracy used cellphones to communicate with each other as ALTASHY entered the Walmart and looked for YOUNIS. ALTASHY used a cellphone bearing the number *** *** 0253. The other conspirator utilized cellular telephone number *** *** 2727. There were at least nine contacts between ALTASHY'S cell phone and that of the conspirator using phone number *** *** 2727 between November 13, 2012 at 11:01 p.m. and November 14, 2012 at 6:13 a.m.

h. On or about November 14, 2012 ALTASHY located YOUNIS in the manager's office of the Walmart and executed the robbery scheme by loudly announcing a robbery in such a way that the announcement was heard by other employees, and by brandishing and

4

pointing the firearm at YOUNIS while ALTASHY demanded that YOUNIS give him the cash from the Walmart office safe.

  i. Pursuant to the robbery scheme, YOUNIS placed the cash into a trashcan.

  j. ALTASHY continued to brandish and point the firearm at YOUNIS while he directed YOUNIS from the office to the parked Plymouth Voyager.

  k. After YOUNIS and ALTASHY exited the Walmart, ALTASHY brandished the firearm at an individual, the identity of whom is known to the grand jury, and threatened that individual as the individual approached ALTASHY and YOUINIS in the vicinity of the parked Plymouth Voyager. Upon observing the firearm brandished by ALTASHY, the individual retreated to a location behind some bushes and continued to observe the Defendants as the stolen money was loaded into the Plymouth Voyager.

  l. On or about November 14, 2012, as part of the robbery scheme, ALTASHY discharged the firearm when he shot YOUNIS in the right arm, after which ALTASHY left the scene in the Plymouth Voyager. The gunshot wound inflicted upon YOUNIS was not life threatening.

  m. As part of the robbery scheme, YOUNIS caused a report of the robbery to be made to the Anne Arundel County Police. Approximately $400,000 in U.S. currency, property of Walmart, was taken during the robbery.

  n. Immediately following the robbery, ALTASHY drove the Plymouth Voyager back to where it had been parked prior to the robbery. ALTASHY and another member of the conspiracy transferred the stolen money to another vehicle following which the two

Defendants set the Plymouth Voyager on fire by pouring an accelerant over the interior and exterior of the vehicle and then igniting the accelerant.

      o.    After setting the Plymouth Voyager on fire, ALTASHY and another member of the conspiracy drove separately to a residential location in Baltimore, Maryland, where they divided the stolen money, setting aside a share for YOUNIS.

      p.    On or about November 14, 2012, a member of the conspiracy delivered YOUNIS's share of the robbery proceeds to another individual on YOUNIS's behalf at the Prince George's County Hospital.

18 U.S.C. § 1951(a)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Six of Count One of this Indictment are incorporated by reference as if fully restated herein.

2. On or about November 14, 2012, in the District of Maryland,

**ANSAR ALI YOUNIS
MOHAMMED MUTSHAR ALTASHY,**

the Defendants herein, did knowingly and intentionally commit and threaten physical violence against a person in furtherance of a plan and purpose to in any way and to any degree obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 14, 2012, in the District of Maryland,

**ANSAR ALI YOUNIS**
**MOHAMMED MUTSHAR ALTASHY,**

the Defendants herein, did knowingly use, carry, brandish and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: knowingly and intentionally committing and threatening physical violence against a person in furtherance of a plan and purpose to in any way and to any degree obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, as set forth in Count Two of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Six of Count One of this Indictment are incorporated by reference as if fully restated herein.

2. Beginning on or about November 1, 2012, and continuing up to and including November 14, 2012, in the District of Maryland,

**ANSAR ALI YOUNIS**
**MOHAMMED MUTSHAR ALTASHY,**

the Defendants herein, for the purpose of executing and attempting to execute a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, and representations, did knowingly transmit and cause to be transmitted by means of wire and cellular communications in interstate commerce, certain signs, signal and sounds.

18 U.S.C. § 1343
18 U.S.C. § 2

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Six of Count One of this Indictment are incorporated by reference as if fully restated herein.

2. On or about November 14, 2012, in the District of Maryland,

**ANSAR ALI YOUNIS**
**MOHAMMED MUTSHAR ALTASHY,**

the Defendants herein, did maliciously damage and destroy by means of fire, a vehicle, to wit: one burgundy 1999 Chrysler Voyager automobile, Vehicle Identification Number 2P4GP24G8XR393531, used in interstate commerce and in activities affecting interstate commerce.

18 U.S.C. § 844(i)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE REDACTED  3/30/17
Foreperson            Date